UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

HABIBA FAGGE,

                      **Defendant.**

------------------------------------------------------------X

21-CR-00472 (KPF)-5

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2021

**SARAH NETBURN, United States Magistrate Judge:**

    A hearing is scheduled in this case for Monday, October 4, 2021, at 3:30 p.m. The conference will be hosted on Microsoft Teams. A video link will be distributed by email to counsel. The public may access the audio feed of the conference by calling (877) 402-9757 and using access code 7938632#.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 22, 2021
                New York, New York