UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

HABIBA FAGGE,

        **Defendant.**

-----------------------------------------------------------------X

21-CR-00472 (KPF)-5

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The hearing currently scheduled in this case for Monday, October 4, 2021, at 3:30 p.m. will instead be held at 3:00 p.m. that same day.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 27, 2021
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2021