**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2023

**BY EMAIL & ECF**
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 12, 2023

Re:   **United States v. Habiba Fagge**
      **21 Cr. 472 (RA)**

Dear Judge Abrams,

    I write requesting a one-time modification of Habiba Fagge's bail conditions to permit her to travel to two different locations in the coming months: first to Jamaica for a birthday vacation, from October 25 to October 29, 2023, and second to Nigeria to participate in a wedding and to explore a National Youth Service Corps opportunity, from November 14, 2023, to January 9, 2024. Pre-Trial Services Officer Dayshawn Bostic has received the details of Ms. Fagge's travel plans and does not object to this application. The Government, via AUSA Matthew King, takes no position. Pertinent to this application, Ms. Fagge recently started a new remote position with Vanderbilt University and will be able to continue working remotely while traveling. Ms. Fagge is also awaiting the Government's response to her YAOP completion and performance reviews.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Micah Fergenson
      AUSA Matthew King
      PTS Officer Dayshawn Bostic