# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 27, 2024

*By CM/ECF*
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 30, 2024

Re:   *United States v. Habiba Fagge*
      21 Cr. 472 (RA)

Dear Judge Abrams:

    I write to respectfully request that the Court permit Habiba Fagge to remain in Nigeria for the remainder of her deferred prosecution period (through February 5, 2025). As the Court is aware, Ms. Fagge had traveled to Nigeria with the Court's permission to pursue an opportunity with the National Youth Service Corps (*see* Dkt. No. 251). The program's curriculum will ultimately not reconcile well with Ms. Fagge's remote work obligations, however, so she has chosen to put the NYSC program on pause. In the interim, Ms. Fagge would like to remain in Nigeria with her family. Notably, Ms. Fagge has already paid off her required restitution and remains in regular contact with Pre-Trial Services Officer Dominique Jackson, including by providing employment verification. Ms. Fagge also maintains regular communication with her therapist.

    Officer Jackson does not object to this application, and notes that Ms. Fagge's presence with her family has had a very positive impact on her overall wellbeing. The Government, by AUSA Matthew King, also does not object. I thank the Court for its consideration of this motion.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender
(646) 315-1527

Cc:   Government Counsel